UNITED STATES of America,
Plaintiff–Appellee

v.

Jose Maria VILLATORO–AVILA,
Defendant–Appellant.

No. 10–41321
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 16, 2011.

Renata Ann Gowie, James Lee Turner, Assistant U.S. Attorneys, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, CLEMENT, and ELROD, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

268

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Maria Villatoro–Avila has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Villatoro–Avila has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Villatoro–Avila's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, Villatoro–Avila's motion for appointment of counsel is DENIED, and counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

